Kevin M. McGuire, Esq. (Cal. Bar No. 164895; themcguirelawfirm@yahoo.com)
The McGuire Law Firm
43460 Ridge Park Drive, Suite 200
Temecula, CA 92590
Tel.: (951) 719-8416
Fax: (949) 258-5807

Herman, Mermelstein & Horowitz, P.A.
*(pending admission Pro Hac Vice)*
Jeffrey M. Herman, Esq. (Florida Bar No. 521647; jherman@hermanlaw.com )
Stuart S. Mermelstein, Esq. (Florida Bar No. 947245; smermelstein@hermanlaw.com)
Arick W. Fudali, Esq. (Florida Bar No. 85899; afudali@hermanlaw.com)
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Tel: 305-931-2200
Fax: 305-931-0877
www.hermanlaw.com

Attorneys for Plaintiff,
JANE DOE NO. 14

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

CASE NO: **CV12-3626** — JFW (PJWX)

| | |
|---|---|
| JANE DOE NO. 14, | ) COMPLAINT ALLEGING DAMAGES FOR: |
| Plaintiff, | ) 1. NEGLIGENCE |
| v. | ) |
| INTERNET BRANDS, INC. D/B/A MODELMAYHEM.COM, | ) |
| Defendant. | ) |
| | ) DEMAND FOR JURY TRIAL |

BY FAX

1

COMPLAINT

PLAINTIFF COMPLAINS AND ALLEGES AS FOLLOWS:

## INTRODUCTION

1.      This is an action for damages arising from the sexual battery of JANE DOE NO. 14 ("JANE" or "JANE DOE") by Emerson Callum and Lavont Flanders, who, through the use of a false identity and deceit, used the website MODELMAYHEM.COM to lure, drug, and rape JANE DOE. The rape was videotaped for purposes of marketing and sale as pornography for profit. Defendant INTERNET BRANDS, INC. knew that Flanders and Callum had used MODELMAYHEM.COM to lure other users in this sexual battery scheme, yet failed to warn users in any way of this danger or otherwise attempt to curb this activity.

## THE PARTIES

2.      Plaintiff JANE DOE is sui juris and is a citizen and resident of the State of Arkansas. Because this Complaint concerns facts of the utmost intimacy regarding sexual battery, Plaintiff brings this Complaint under a fictitious name to protect her identity. Plaintiff has a well-grounded fear of further injury if her identity were publicly disclosed.

3.      MODELMAYHEM.COM is a modeling industry website with over 600,000 members. MODELMAYHEM.COM provides a platform for professional models and those who seek a career in modeling to market their services to the modeling industry.

4.      Defendant, INTERNET BRANDS, INC. ("INTERNET BRANDS") is a Delaware corporation with its principal place of business located in El Segundo, California. INTERNET BRANDS owns and operates over one hundred websites, including MODELMAYHEM.COM.

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a) as (i) Plaintiff seeks damages in the amount of no less than $10 million, well in excess of the

COMPLAINT

jurisdictional minimum of $75,000, exclusive of costs and interest, and (ii) this action is between

citizens of different states.

## FACTUAL ALLEGATIONS

### Internet Brands Knew of the Rape Scheme Targeting Modelmayhem.com Users

6.       At all relevant times, JANE DOE was an adult female, residing in Brooklyn, New

York.

7.       JANE DOE, an aspiring model, joined MODELMAYHEM.COM in an effort to

further her career as a model and market her services in the modeling industry.

8.       Unbeknownst to JANE DOE, sexual predators used MODELMAYMEM.COM as

a tool and resource for finding and contacting victims.

9.       At all relevant times, Defendant INTERNET BRANDS was aware of the misuse

of MODELMAYHEM.COM by sexual predators and the danger posed to unsuspecting

MODELMAYHEM.COM users.   INTERNET BRANDS was aware of a particular scheme to

deceive MODELMAYHEM.COM users to come to Miami for a modeling audition, whereupon

they were drugged and raped, and the rape videotaped and sold as pornography.   INTERNET

BRANDS as early as August, 2010, knew that two individuals, Lavont Flanders and Emerson

Callum, had been criminally charged in this scheme, and further knew from the criminal charges,

the particular details of the scheme, including how MODELMAHEM.COM had been used in the

scheme and its members victimized.  Specifically, INTERNET BRANDS knew that:

    a.       Lavont   Flanders   and   Emerson   Callum   would   contact   female

    MODELMAYHEM.COM members, using fake identities, disguised as talent

    scouts.

    b.       Lavont   Flanders   and   Emerson   Callum   would   lure   female

COMPLAINT

MODELMAYHEM.COM members to South Florida to participate in fake auditions for a fraudulent modeling contract opportunity.

c.      Lavont Flanders and Emerson Callum would drug the female MODELMAYHEM.COM members with a date-rape drug during the fake audition.

d.      Emerson Callum would then rape the unknowingly drugged women.

e.      Lavont Flanders and Emerson Callum would record the rape on video camera.

f.      Lavont Flanders and Emerson Callum would produce the rape videos and distribute the video on the internet, guised as consensual hardcore pornography.

10.    JANE DOE was never warned nor given any information about this scheme by INTERNET BRANDS, despite the fact that she was a MODELMAYHEM.COM member, which made her particularly vulnerable to the scheme.  At all relevant times, INTERNET BRANDS knew that JANE DOE was typical of the women who were targeted and horrifically raped in the scheme.

### Jane Doe was Raped in the Modelmayhem.com Scheme

11.    In or about February, 2011:

a.      JANE DOE was contacted by Lavont Flanders through MODELMAYHEM.COM using a fake identity, disguised as a talent scout.

b.      JANE DOE was lured to come to South Florida by Lavont Flanders to participate in a fake audition for a fraudulent modeling contract opportunity.

c.      JANE DOE was unknowingly drugged with a date-rape drug by Lavont Flanders and Emerson Callum during the fake audition.

4
COMPLAINT

d.      While under the influence of the date-rape drug, JANE DOE was raped by

Emerson Callum.

e.      Lavont Flanders and Emerson Callum recorded JANE DOE's drug-

induced rape on video camera.

12.    The next morning, JANE DOE woke up in her hotel room feeling disoriented,

sick, and confused.  JANE DOE then noticed that her mouth was swollen and that there was

blood in her vaginal and anal area, as well as blood in the bathtub.

13.    JANE DOE contacted the police and was taken by police to the hospital where

she was examined and given blood tests.  The blood tests revealed that JANE DOE had

benzodiazepine in her blood stream.  Upon information and belief, benzodiazepine is a common

"date rape" drug, that when combined with alcohol, has the effect of causing one to "black out",

with the inability to control one's actions or remember anything that occurred while under the

influence.  Benzodiazepine also has the unique effect of allowing someone under the influence to

appear normal and coherent, despite being unable to control one's actions or remember what

occurred.

14.    As a direct and proximate result of the fraudulent solicitation, drugging, and rape,

JANE DOE has suffered and will continue to suffer severe physical and psychological damages,

mental anguish and pain, and loss of enjoyment of life.

15.    Upon information and belief, since as early as 2006, Lavont Flanders and

Emerson Callum used MODELMAYHEM.COM as a means to access potential victims for their

fraudulent scheme to solicit aspiring female models, such as JANE DOE, into fake modeling

auditions, where they were drugged, raped, and videotaped for profit.

## Internet Brands Purposely Kept Modelmayhem.com
## Users in the Dark about the Rape Scheme

16.     Upon information and belief, in or about 2007, Lavont Flanders and Emerson Callum were arrested and charged with luring and victimizing at least five women in this scheme, whom they met through internet modeling websites, including MODELMAYHEM.COM.

17.     In 2008, INTERNET BRANDS purchased and acquired all rights, title, and interest in the website MODELMAYHEM.COM from Donald Waitt and Taylor Waitt (the "Waitts").

18.     Shortly after purchasing MODELMAYHEM.COM, INTERNET BRANDS learned of the charges against Flanders and Callum, and the central role played by MODELMAYHEM.COM in the rapes of MODELMAYHEM.COM members.

19.     In August, 2010, INTERNET BRANDS brought a claim against the Waitts, in Waitt v. Internet Brands, Inc., case no. 10-CV-3006- GHK, U.S. District Court for the Central District of California.  In this lawsuit, INTERNET BRANDS asserts that the Waitts failed to inform INTERNET BRANDS of the potential for civil suits against MODELMAYHEM.COM arising from the actions of Lavont Flanders.

20.     Accordingly, on INTERNET BRANDS own admissions, it had actual knowledge no later than August 2010, that:

        a. MODELMAYHEM.COM was being used as a means of luring unsuspecting female MODELMAYHEM.COM users, like JANE DOE, to drug and rape them,

        b. Lavont Flanders and Emerson Callum, in particular, had used MODELMAYHEM.COM on multiple occasions to lure unsuspecting women

to drug, rape and videotape them for pornography; and

c.  Flanders and Callum used MODELMAYHEM.COM as an essential element of the scheme, horrifically victimizing MODELMAYHEM.COM's members.

## CAUSE OF ACTION

### NEGLIGENCE

21.    Jane Doe repeats and realleges paragraphs 1 through 20 above.

22.    INTERNET BRANDS had actual knowledge that Lavont Flanders and Emerson Callum were contacting female MODELMAYHEM.COM members, using fake identities, disguised as talent scouts.

23.    INTERNET BRANDS had actual knowledge that Flanders and Callum were luring female MODELMAYHEM.COM members to South Florida to participate in fake auditions for a fraudulent modeling contract opportunity.

24.    INTERNET BRANDS had actual knowledge that Flanders and Callum were drugging the female MODELMAYHEM.COM members with a date-rape drug during the fake audition.

25.    INTERNET BRANDS had actual knowledge that Callum was raping the unknowingly drugged female MODELMAYHEM.COM members.

26.    INTERNET BRANDS had actual knowledge that Flanders and Callum were recording the drug-induced rape on video camera.

27.    INTERNET BRANDS had actual knowledge that Flanders and Callum were producing the drug induced rape video of female MODELMAYHEM.COM members and distributing the video on the internet, guised as consensual hardcore pornography.

28.    No later than August 2010, INTERNET BRANDS had the requisite knowledge to

avoid future victimization of MODELMAYHEM.COM users by warning users of online predators generally, and of the scheme employed by Flanders and Callum in particular.

29.     With this actual knowledge, INTERNET BRANDS had a duty to make adequate disclosures and warn MODELMAYHEM.COM users of the danger presented, and inform them of the need to screen and verify the legitimacy of persons using MODELMAYHEM.COM to contact them for modeling services.

30.     INTERNET BRANDS knew that Plaintiff, in using MODELMAYHEM.COM, was exposed to an unreasonable risk of harm from the foreseeable acts of sexual predators, particularly Callum and Flanders.

31.     INTERNET BRANDS had superior knowledge of the scheme used by Flanders and Callum to lure and rape unsuspecting female MODELMAYHEM.COM members.

32.     INTERNET BRANDS controlled MODELMAYHEM.COM and had the means and ability to warn MODELMAYHEM.COM users and protect them from a known harm.

33.     INTERNET BRANDS had a duty to disclose to, or warn Plaintiff, and other MODELMAYHEM.COM users, of the dangers that were known to Defendant from Flanders and Callum using MODELMAYHEM.COM to carry out the scheme.

34.     INTERNET BRANDS owed JANE DOE a duty of protection from reasonably foreseeable harm.

35.     INTERNET BRANDS breached its duty to warn MODELMAYHEM.COM users, including Plaintiff, by choosing not to warn them about the danger of online predators or the scheme used by Flanders and Callum. As a result, JANE DOE was unknowingly drugged and raped in this scheme.

36.     With willful and wanton disregard for the health and safety of its users,

COMPLAINT

INTERNET BRANDS brazenly sought compensation from the Waitts for failing to disclose the Flanders/Callum charges in 2008, while leaving its users vulnerably in the dark and exposed to heinous sexual batteries. Upon information and belief, INTERNET BRANDS was purposely silent to its users in an effort to evade or limit negative publicity and civil claims and liabilities arising from the acts and conduct of Flanders and Callum.

37.     INTERNET BRANDS breached its duty to JANE DOE by failing to make any disclosure or warning that would have placed JANE DOE on notice of the danger and prevented the harm perpetrated by Flanders and Callum.

38.     INTERNET BRANDS' failure to warn users of MODELMAYHEM.COM, including JANE DOE, of the danger presented by sexual predators, particularly Flanders and Callum, demonstrates an egregious failure to exercise reasonable care.

39.     As a direct result of INTERNET BRANDS negligent breach of its duty to warn, JANE DOE was an unknowing and helpless victim to the fraudulent solicitation, drugging, and rape by Lavont Flanders and Emerson Callum.

40.     As a direct and proximate result of INTERNET BRAND's negligence, JANE DOE has suffered and will continue to suffer severe mental anguish and pain, physical, psychological and emotional injuries, and loss of enjoyment of life.

**WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANT, AS TO THE CAUSE OF ACTION, AS FOLLOWS:**

1.     General, special and consequential damages according to proof at time of trial;

2.     Reasonable value of all medical expenses, medications, hospitalizations, therapy, counseling, and other related expenses, according to proof at time of

trial;

3.     Loss of earning capacity, according to proof at time of trial;

4.     For costs of the suit incurred herein;

6.     For pre-judgment interest according to proof, pursuant to Civil Code §

3291; and

7.     Such other and further relief this Court deems just and proper and/or is

appropriate under law.

Dated: April 26, 2012.                 By:_____

                                       Kevin M. McGuire, Esq. (Cal. Bar No. 164895;
                                       themcguirelawfirm@yahoo.com)
                                       The McGuire Law Firm
                                       43460 Ridge Park Drive, Suite 200
                                       Temecula, CA 92590

                                              and

                                       Herman, Mermelstein & Horowitz, P.A.
                                       *(pending admission Pro Hac Vice)*
                                       Jeffrey M. Herman, Esq. (Florida Bar No. 521647;
                                       jherman@hermanlaw.com )
                                       Stuart S. Mermelstein, Esq. (Florida Bar No. 947245;
                                       smermelstein@hermanlaw.com)
                                       Arick W. Fudali, Esq. (Florida Bar No. 85899;
                                       afudali@hermanlaw.com)

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff, JANE DOE NO. 14;

**HEREBY** demands a jury trial.

Dated: April 26, 2012.               By:_____

                                       Kevin M. McGuire, Esq. (Cal. Bar No. 164895;
                                       themcguirelawfirm@yahoo.com)
                                       The McGuire Law Firm
                                       43460 Ridge Park Drive, Suite 200
                                       Temecula, CA 92590

                                                   and

                                       Herman, Mermelstein & Horowitz, P.A.
                                       *(pending admission Pro Hac Vice)*
                                       Jeffrey M. Herman, Esq. (Florida Bar No. 521647;
                                       jherman@hermanlaw.com )
                                       Stuart S. Mermelstein, Esq. (Florida Bar No. 947245;
                                       smermelstein@hermanlaw.com)
                                       Arick W. Fudali, Esq. (Florida Bar No. 85899;
                                       afudali@hermanlaw.com)

COMPLAINT

JANE DOE NO. 14 v.  INTERNET BRANDS, INC., ET. AL.
ATTACHMENT 1(b)

Kevin M.  McGuire, Esq., California State Bar No. 164895
The McGuire Law Firm
43460 Ridge Park Drive, Suite 200
Temecula, CA 92590
Telephone: (951) 719-8416
Facsimile: (949) 258-5807
Email: Themcguirelawfirm@yahoo.com

Jeffrey M. Herman, Esq., Florida State Bar No. 521647
Email: jherman@hermanlaw.com
Stuart S. Mermelstein, Esq., Florida State Bar No. 947245
Email: smermelstein@hermanlaw.com
Arick W. Fudali, Esq., Florida State Bar No. 85899
Herman Mermelstein & Horowitz, P.A.
(Pending admission Pro Hac Vice)
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Telephone: (305) 931-2200
Facsimile: (305) 931-0877
Email: www.hermanlaw.com

JANE DOE NO. 14 v. INTERNET BRANDS, INC., ET. AL.
ATTACHMENT 1(b)


Kevin M. McGuire, Esq., California State Bar No. 164895
The McGuire Law Firm
43460 Ridge Park Drive, Suite 200
Temecula, CA 92590
Telephone: (951) 719-8416
Facsimile: (949) 258-5807
Email: Themcguirelawfirm@yahoo.com

Jeffrey M. Herman, Esq., Florida State Bar No. 521647
Email: jherman@hermanlaw.com
Stuart S. Mermelstein, Esq., Florida State Bar No. 947245
Email: smermelstein@hermanlaw.com
Arick W. Fudali, Esq., Florida State Bar No. 85899
Herman Mermelstein & Horowitz, P.A.
(Pending admission Pro Hac Vice)
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Telephone: (305) 931-2200
Facsimile: (305) 931-0877
Email: www.hermanlaw.com

See Attachment 1(b)

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JANE DOE NO. 14,

**PLAINTIFF(S)**

v.

INTERNET BRANDS, INC.
D/B/A MODELMAYHEM.COM,

**DEFENDANT(S).**

CASE NUMBER

CV12-3626 JFW (PJWx)

**SUMMONS**

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Kevin M. McGuire</u>, whose address is <u>43460 Ridge Park Drive, Suite 200 Temecula, CA  92590</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __APR 2 6 2012__

Clerk, U.S. District Court

By: _____
      MARILYN DAVIS
      Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11                                    SUMMONS

American LegalNet, Inc.
www.FormsWorkFlow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** COPY
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> JANE DOE NO. 14 | DEFENDANTS <br> INTERNET BRANDS, INC. <br> D/B/A MODELMAYHEM.COM |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> See Attachment I(b) | Attorneys (If Known) <br> BY FAX |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ MONEY DEMANDED IN COMPLAINT: $ 10,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1332(a), Negligence

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: CV12-3626

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)              CIVIL COVER SHEET              Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Arkansas |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date April 26, 2012
Kevin M. McGuire, Attorney for Plaintiff

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)  **CIVIL COVER SHEET**  Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com