The McGuire Law Firm
Kevin M. McGuire, Esq., CA SBN: 164895
themcguirelawfirm@yahoo.com
43460 Ridge Park Dr., Suite 200
Temecula, CA. 92590
Tel: 951-719-8416
Fax: 949-258-5807

and

Herman, Mermelstein & Horowitz, P.A.
Jeffrey M. Herman, FL SBN: 521647
jherman@hermanlaw.com
Arick W. Fudali, FL SBN: 85899
afudali@hermanlaw.com
*(Admitted Pro Hac Vice)*
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Tel: 305-931-2200
Fax: 305-931-0877

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NO. 14,<br><br>Plaintiff,<br><br>v.<br><br><br><br>INTERNET BRANDS, INC.<br>D/B/A MODELMAYHEM.COM,<br><br>Defendant. | CASE NO: CV12-3626-JFW (PYX)<br><br><br><br>**NOTICE OF APPEAL**<br><br><br><br><br><br>The Honorable John F. Walter |

Notice is hereby given that the Plaintiff in the above-named case, Jane Doe No. 14, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order

1

Granting Defendant Internet Brands Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) (DE 27), entered in this action on August 16, 2012.

Dated: September 4, 2012.

By: _____
Kevin M. McGuire, Esq.,
Attorneys for Plaintiff, Jane Doe No.14
43460 Ridge Park Drive, Suite 200
Temecula, CA 92590

and

Herman, Mermelstein & Horowitz, P.A.
*(admitted Pro Hac Vice)*
Jeffrey M. Herman
Florida Bar No. 521647
jherman@hermanlaw.com
Arick W. Fudali
afudali@hermanlaw.com
Florida Bar No. 85899
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Tel: 305-931-2200
Fax: 305-931-0877
www.hermanlaw.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 43460 Ridge Park Ave., Suite 200, Temecula, CA 92590.

On September 5, 2012, I served the foregoing document described as

**NOTICE OF APPEAL**

on the parties in this action by placing the original or a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE SERVICE LIST**

[X]   **BY MAIL** -I deposited such envelopes in the mail at **Riverside, California**. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** - I caused such envelopes to be delivered via messenger service with instructions to personally deliver same to the offices of the addressee the same business date.

[ ]   **BY CALIFORNIA OVERNIGHT DELIVERY SERVICE/FEDERAL EXPRESS** - I caused such envelopes to be delivered via California Overnight/Federal Express service with instructions to personally deliver same to offices of the addressee on the next business date.

[ ]   **VIA FACSIMILE** - I caused a facsimile machine transmission from (949) 258-5807 of the aforementioned document to the interested parties.

[X]   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2012, at Temecula, California.

Terri A. Thomas

- 1 -

SERVICE LIST

*Jane Doe No. 14 v. Internet Brands, Inc., et. al.*
*CV - Case No: CV12-3626-JFW (PJWx)*

Patrick A. Fraioli, Esq.
Russell M. Selmont, Esq.
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., Ninth Floor
Beverly Hills, CA 90212-2974
Tel: (310) 273-6333
Fax: (310) 859-2325

Wendy E. Giberti, Esq.
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212

*Attorneys for Defendant, Internet Brands, Inc. dba Modelmayhem.com, a Delaware corporation*