FILED

SEP 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE NO. 14,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>INTERNET BRANDS, INC.,<br>DBA Modelmayhem.com,<br><br>       Defendant - Appellee. | No. 12-56638<br><br>D.C. No. 2:12-cv-03626-JFW-PJW<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

9/25/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: SCHROEDER and CLIFTON, Circuit Judges, and COGAN, District Judge.[*]

Defendant/Appellee Internet Brands, Inc.'s Unopposed Motion for a 30-Day Extension of Time Within Which to File a Petition for Rehearing and Rehearing En Banc, filed on September 22, 2014, is GRANTED. The petition is now due on or before October 31, 2014.

---

[*] The Honorable Brian M. Cogan, District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.