THE McGUIRE LAW FIRM
Kevin M. McGuire
California Bar No. 164895
themcguirelawfirm@yahoo.com
43460 Ridge Park Drive, Suite 200
Temecula, California 92590
Tel:  (951) 719-8416
Fax:  (949) 258-5807
        -and-
HERMAN LAW
3351 NW Boca Raton Boulevard
Boca Raton, Florida 33431
Jeff Herman
jherman@hermanlaw.com
Arick Fudali
California Bar No. 296364
afudali@hermanlaw.com
Tel:  (305) 931-2200
Fax:  (305) 931-0877

Attorneys for Jane Doe No. 14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NO. 14, | CASE NO: CV 12-3626-JFW (PJWx) |
|      Plaintiff/Appellant, | |
|   vs. | **NOTICE OF APPEAL** |
| INTERNET BRANDS, INC., d/b/a MODELMAYHEM.COM, | |
|      Defendant/Appellee. | |

Notice is hereby given that Plaintiff/Appellant in the above-named case, Jane Doe No. 14, hereby appeals to the United States Court of Appeals for the

1  Ninth Circuit from the Order Granting Defendant Internet Brands, Inc.'s Motion to
2  Dismiss (DE 46) entered in this action on November 14, 2016.
3
4  Dated:  December 7, 2016                    HERMAN LAW
5
                                               By:   /s/ Jeff Herman
6                                                    Jeff Herman
7                                                    (admitted *pro hac vice*)
                                                     *Attorney for Plaintiff/Appellant*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF FLORIDA, COUNTY OF PALM BEACH

I am employed in the County of Palm Beach, State of Florida, I am over the age of 18 and not a party to the within action, my business address is 3351 NW Boca Raton Boulevard, Boca Raton, Florida 33431.  I served the foregoing document described as:

**Plaintiff's Notice of Appeal**
**Representation Statement**

by mailing said document in a sealed envelope with postage fully prepaid, as follows:

a. _____ Via overnight delivery.

b. \_\_XX\_\_ I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

c. Date of deposit:   December 7, 2016

d. Place of deposit:   Boca Raton, Florida

e. Addressed as follows:

> Wendy Evelyn Giberti (SBN 268933)
> wgiberti@igeneralcounsel.com
> **iGeneral Counsel, P.C.**
> 9595 Wilshire Blvd., STE 900
> Beverly Hills, CA 90212
> Telephone: (310) 300-4082
> Facsimile: (310) 300-8401

I declare penalty of perjury under the laws of the State of Florida that the above is true and correct.

Dated: December 7, 2016

                                                /s/ Jeff Herman
                                                Jeff Herman