

FILED

AUG 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE NO. 14,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>INTERNET BRANDS, INC., DBA Modelmayhem.com,<br><br>    Defendant-Appellee. | No. 16-56808<br><br>D.C. No.<br>2:12-cv-03626-JFW-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 12) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation